UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| SMILE KRAFTERS, P.C., | : | Bankruptcy No. 24-12256 (PMM) |
|  | : |  |
|  | : |  |
| Debtor. | : | (Subchapter V) |
|  | : |  |

**APPLICATION OF SMILE KRAFTERS, P.C. FOR AN ORDER EXTENDING THE DEADLINE TO FILE CERTAIN DOCUMENTS**

TO: THE HONORABLE PATRICIA M. MAYER,
UNITED STATES BANKRUPTCY JUDGE:

Smile Krafters, P.C. (the "Debtor"), as debtor and debtor-in-possession, hereby files this application for an order extending the Debtor's deadline to file those documents described in this Court's text order entered on July 1, 2023 [Doc. No. 8] (collectively, the "Required Documents"), and in support thereof respectfully represent as follows:

1. On June 30, 2024, the Debtor filed a voluntary petition pursuant to subchapter V of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

2. The Debtor continues to operate its business and manage its properties as a debtor-in-possession pursuant to §§ 1107 and 1108 of the Bankruptcy Code.

3. On July 1, 2024, this Court entered the text order establishing a deadline of July 8, 2024 for the Debtor to file the Required Documents. While the Debtor has been diligent in responding to the order, as a result of the July 4th holiday and accounting staff absences on July 5 and 8, 20024, the Debtor requires additional time to comply with the order.

4.	Accordingly, the Debtor requests a one-week extension of the deadline to file the Required Documents to July 15, 2024.

5.	The Debtor respectfully submits that no creditor or party in interest will be prejudiced by the requested relief.

6.	For the foregoing reasons, the Debtor submits that cause exists for the relief requested herein.

WHEREFORE, the Debtor respectfully requests the entry of an order granting the foregoing relief.

Dated:  July 8, 2024	KURTZMAN | STEADY, LLC


By:/s/ Jeffrey Kurtzman
    Jeffrey Kurtzman, Esquire
    555 City Avenue, Suite 480
    Bala Cynwyd, PA 19004
    Telephone: (215) 839-1222

    Proposed Attorneys for Debtor and
    Debtor-in-Possession