UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| SMILE KRAFTERS, P.C., | : | Bankruptcy No. 24- 12256 (PMM) |
| Debtor. | : | (Subchapter V) |

**ORDER EXTENDING DEADLINE FOR DEBTOR'S FILING OF
<u>CERTAIN DOCUMENTS</u>**

AND NOW, this 9th day of July, 2024, upon consideration of the application (the "Application") of Smile Krafters, P.C. (the "Debtor"), as debtor and debtor-in-possession, for an extension of the Debtor's deadline to file (i) a Small Business Balance Sheet or a Statement Pursuant to 11 U.S.C. §1116(B) that no such document exists, (ii) a Small Business Cash Flow Statement or a Statement Pursuant to 11 U.S.C §1116(B) that no such document exists, (iii) a Small Business Statement of Operations or a Statement Pursuant to 11 U.S.C. §1116(B) that no such document exists, and (iv) a Small Business Tax Return (collectively, the "Required Documents"), and the Court being satisfied that cause has been shown for the relief requested herein it is hereby

ORDERED, pursuant to 11 U.S.C. § 327(a), that the deadline by which the Debtor shall file the Required Documents be and hereby is extended to July 15, 2024.

_____
PATRICIA M. MAYER,,
UNITED STATES BANKRUPTCY JUDGE

Copies to:

Jeffrey Kurtzman, Esquire
**Kurtzman | Steady, LLC**
555 City Avenue, Suite 480
Bala Cynwyd, PA 19004

Office of the U.S. Trustee
900 Market Street, Suite 320
Philadelphia, PA  19107