**Fill in this information to identify the case:**

Debtor name: **Smile Krafters, PC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF PENNSYLVANIA**

Case number (if known): **24-12256**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes Fill in the information below.

   | All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
   |---|---|
   | 2. **Cash on hand** | $0.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
   Name of institution (bank or brokerage firm)   Type of account   Last 4 digits of account number

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**   $0.00
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:   Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes Fill in the information below.

### Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ☒ Yes Fill in the information below.

11. **Accounts receivable**

    11a. 90 days old or less:   **15,634.00** − **0.00** = .... **$15,634.00**
    face amount       doubtful or uncollectible accounts
    **Accounts Receivable**

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 1

| Debtor | Smile Krafters, PC | Case number (If known) | 24-12256 |
|---|---|---|---|
| | Name | | |

| 12. | **Total of Part 3.** | | $15,634.00 |
|---|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | | |

### Part 4:   Investments

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

### Part 5:   Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials Inventory | | | Unknown | $14,720.00 |
| 20. | Work in progress | | | | |
| 21. | Finished goods, including goods held for resale | | | | |
| 22. | Other inventory or supplies | | | | |

| 23. | **Total of Part 5.** | | $14,720.00 |
|---|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | | |

**24.   Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.   Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.   Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

### Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

### Part 7:   Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|

| Debtor | **Smile Krafters, PC** | Case number *(If known)* **24-12256** |
|---|---|---|
| | Name | |

| 39. | **Office furniture** | | | |
|---|---|---|---|---|
| | Office furniture | Unknown | | Unknown |

| 40. | **Office fixtures** |
|---|---|
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles |

| 43. | **Total of Part 7.** | $0.00 |
|---|---|---|
| | Add lines 39 through 42.  Copy the total to line 86. | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
 ■ No
 ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
 ■ No
 ☐ Yes

### Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

 ☐ No.  Go to Part 9.
 ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>VARIOUS DENTAL EQUIPMENTS (DENTAL CHAIR, WALL MOUNT X-RAYS, SERILIZATION ROOM EQUIPMENT, CBCT, PAN X-RAY, IT RELATED COMPUTERS, TV MONITOR ETC) | Unknown | | Unknown |

| 51. | **Total of Part 8.** | $0.00 |
|---|---|---|
| | Add lines 47 through 50.  Copy the total to line 87. | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
 ■ No
 ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
 ■ No

| Debtor | Smile Krafters, PC | Case number (If known) | 24-12256 |
|---|---|---|---|
| | Name | | |

☐ Yes

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **1247 S. Cedar Crest Blvd.**<br>**Suites 300 and 303**<br>**Allentown, PA 18101** | Leasehold interest | Unknown | N/A | Unknown |

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor   **Smile Krafters, PC**　　　　　　　　　　　　　　　　　Case number *(If known)* **24-12256**
　　　　　Name

## Part 12:　Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---:|---:|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $15,634.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $14,720.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.....................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $30,354.00 | + 91b.　$0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $30,354.00 |

**Fill in this information to identify the case:**

Debtor name: **Smile Krafters, PC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known): **24-12256**

☐ Check if this is an amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property
12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name: **Smile Krafters, PC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known): **24-12256**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ■ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address
A-1 Enterprise, LLC
260 New York Drive
Fort Washington, PA 19034

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Equipment**

Is the claim subject to offset?  ■ No   ☐ Yes

**$9,524.57**

**3.2** Nonpriority creditor's name and mailing address
American Management Group, LLC
401 Commerce Drive
Suite 108
Fort Washington, PA 19034

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Management Services**

Is the claim subject to offset?  ■ No   ☐ Yes

**$636.53**

**3.3** Nonpriority creditor's name and mailing address
American Real Estate Group, LLC
401 Commerce Drive
Suite 108
Fort Washington, PA 19034

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Propery repairs & maint.**

Is the claim subject to offset?  ■ No   ☐ Yes

**$875.12**

**3.4** Nonpriority creditor's name and mailing address
Cedar Crest Professiosnal Park, VII, LP
1650 Market Street, 33rd Floor
Philadelphia, PA 19103

Date(s) debt was incurred **4/1/24**
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Confessed Judgments re: Commercial Leases:**

**$275,979.21 (Suite 300)**
**$67,880.85 (Suite 303)**

Is the claim subject to offset?  ■ No   ☐ Yes

**$343,860.06**

Debtor **Smile Krafters, PC**     Case number (if known) **24-12256**
     Name

| | | |
|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Denta Depot, LLC**<br>**260 New York Drive**<br>**Fort Washington, PA 19034**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** <u>Dental supplies</u><br><br>Is the claim subject to offset? ■ No ☐ Yes | **$23,275.47** |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Dentaweb, LLC**<br>**401 Commerce Drive**<br>**Suite 108**<br>**Fort Washington, PA 19034**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** <u>Billing and auditing services</u><br><br>Is the claim subject to offset? ■ No ☐ Yes | **$31,325.00** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Digital Dental Science Lab, LLC**<br>**260 New York Drive**<br>**Fort Washington, PA 19034**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** <u>Lab</u><br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,679.73** |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Elliott Pincus**<br>**153 Splitrail Lane**<br>**Blue Bell, PA 19422**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** <u>Legal services</u><br><br>Is the claim subject to offset? ■ No ☐ Yes | **$6,000.00** |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Hi Dental Lab**<br>**260 New York Drive**<br>**Fort Washington, PA 19034**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** <u>Lab</u><br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,233.30** |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Reger Rizzo Darnall**<br>**Cira Center**<br>**13th Floor**<br>**2929 Arch Street**<br>**Philadelphia, PA 19104**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** <u>Legal services</u><br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,000.00** |

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

| Debtor | **Smile Krafters, PC** | Case number (if known) | **24-12256** |
|---|---|---|---|
| | Name | | |

| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.1 | **David M. Giles, Esquire**<br>**Fox Rothschild LLP**<br>**2000 Market Street**<br>**20th Floor**<br>**Philadelphia, PA 19103** | Line **3.4**<br><br>☐   Not listed. Explain ____ | _ |

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.   $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. +  $ | 428,409.78 |
| **5c. Total of Parts 1 and 2**<br>   Lines 5a + 5b = 5c. | 5c.   $ | 428,409.78 |

**Fill in this information to identify the case:**

Debtor name: **Smile Krafters, PC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known): **24-12256**

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest: **Commercial Lease**<br>State the term remaining:<br>List the contract number of any government contract: | Cedar Crest Professiosnal Park, VII, LP<br>1650 Market Street, 33rd Floor<br>Philadelphia, PA 19103 |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest: **Commercial Sublease**<br>State the term remaining:<br>List the contract number of any government contract: | Dr. Franklyn Scott DDS LLC<br>1247 S. Cedar Crest Blvd.<br>Suites 300 and 303<br>Allentown, PA |

**Fill in this information to identify the case:**

Debtor name: **Smile Krafters, PC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known): **24-12256**

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **American Dental Management Group, LLC** | **401 Commerce Street Suite 108 Fort Washington, PA 19034** | **Cedar Crest Professiosnal Park, VII, LP** | ☐ D ____ ■ E/F  3.4 ☐ G ____ |

Official Form 206H                    Schedule H: Your Codebtors                    Page 1 of 1