# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 11 (Subchapter V) |
| SMILE KRAFTERS, P.C., | : | Bankruptcy No. 24- 12256 (PMM) |
| Debtor. | : | |

### ORDER DETERMINING THAT THE APPOINTMENT FO A
### PATIENT CARE OMBUDSMAN IS NOT REQUIRED AT THIS TIME

**AND NOW**, this  7th  day of August, 2024, upon consideration of the U.S. Trustee's Motion for a determination whether the appointment of a Patient Care Ombudsman pursuant to 11 U.S.C. § 333 is necessary, and any objections or responses thereto, it is now, therefore,

**ORDERED** as follows:

1. The appointment of a patient care ombudsman under Section 333 of the Bankruptcy Code is not necessary for the protection of patients at this time.

2. The U.S. Trustee or any party in interest may seek an order for the appointment of a patient care ombudsman at any time during the pendency of this case based on a change in circumstances or newly discovered evidence that demonstrates the necessity of an ombudsman to monitor the quality of patient care and to protect the interests of patients.

3. The Debtor is a Health Care Business as defined in § 101(27A) of the Bankruptcy Code and as indicated on the Debtor's petition.

4. This Court shall retain jurisdiction regarding all matters arising from or related to the implementation of this Order.

*Patricia M. Mayer*

**Date: August 7, 2024**    PATRICIA M. MAYER,
　　　　　　　　　　　　　　UNITED STATES BANIRUPTCY JUDGE