EXHIBIT "B"

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
|  | : |  |
| In re | : | Chapter 11 |
|  | : | (Subchapter V) |
| SMILE KRAFTERS, P.C., | : |  |
|  | : | Bankruptcy No. 24-12256 (PMM) |
|  | : |  |
| Debtor. | : |  |
|  | : |  |

## NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM

**PLEASE TAKE NOTICE THAT** on June 30, 2024 (the "Petition Date"), the above-captioned debtor and debtor-in-possession (the "Debtor") filed a voluntary petition for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of Pennsylvania (the "Court").

**PLEASE TAKE FURTHER NOTICE THAT** on October __, 2024, the Court entered an order establishing certain deadlines and procedures to file proofs of claim in the above-captioned cases (the "Bar Date Order") [Docket No. ___], that provides as follows:

     1.    Except as otherwise provided herein, each person or entity (other than governmental units) that asserts a claim (as defined in section 101(5) of the Bankruptcy Code) against the Debtor that arose or is deemed to arise prior to June 30, 2024, including claims allowable under 11 U.S.C. §§ 503(b)(9) and 503(b)(l)(A)(ii) and claims for rejection damages resulting from the rejection by the Debtor of any executory contract or unexpired lease, must file an original, written proof of such claim which substantially conforms to Official Form 410 so as to be received on or before **November 1, 2024** (the "General Bar Date").

     2.    Each governmental unit (as defined in section 101(27) of the Bankruptcy Code) that asserts a claim against the Debtor that arose or is deemed to arise prior to the Petition Date, including claims allowable under 11 U.S.C. §§ 503(b)(9) and 503(b)(l)(A)(ii) and claims for rejection damages resulting from the rejection by the Debtor of any e:xecutory contract or unexpired lease, must file an original, written proof of claim that substantially conforms to Official Form 410 so as to be received on or before **December 30, 2024** (the "Governmental Bar Date" and collectively with the General Bar Date, the "Bar Dates") by the Clerk of the Bankruptcy Court for the Eastern District of Pennsylvania.

     3.    Original proofs of claim must be either uploaded to the Court's CM/ECF system or delivered by U.S. mail, hand delivery or overnight courier to the Clerk of the Bankruptcy Court for the Eastern District of Pennsylvania as follows:

**Office of the Clerk
United States Bankruptcy Court
Eastern District of Pennsylvania
Robert N.C. Nix, Sr. Federal Courthouse**

**900 Market Street, Suite 400**
**Philadelphia, PA 19107**

4.      A proof of claim will be deemed timely filed only if the original proof of claim is actually received by the Bankruptcy Court before the General Bar Date or, if applicable, the Governmental Bar Date.  Proofs of claim sent by facsimile, telecopy, or e-mail will not be accepted.

5.      Persons and entities holding or asserting the following types of Prepetition Claims or interests against the Debtor are not required to file a proof of claim with respect to such claim or interest:

(a)  a claim against the Debtor for which a proof of claim has already been filed with the Clerk of the Bankruptcy Court for the Eastern District of Pennsylvania utilizing a claim form that substantially conforms to Official Form 410;

(b)  a claim that is listed on the Schedules and is not described as "disputed," "contingent;" or "unliquidated" provided  that  the creditor agrees with the amount and nature of the claim as scheduled;

(c)  an administrative expense claim pursuant to section 503(b) of the Bankruptcy Code (except for unpaid claims allowable under section 503(b)(9) or 503(b)(l)(A)(ii) of the Bankruptcy Code);

(d)  an administrative expense claim for post-petition fees and expenses incurred by any professional pursuant to sections 330, 331, and 503(b) of the Bankruptcy Code;

(e)  a claim (or portion thereof) that has been paid by the Debtor; and

(f)  a claim that has been allowed by an order of this Court entered on or before the General Bar Date or, if applicable, Governmental Bar Date.

Any entity exempted from filing a proof of claim or interest pursuant to (a) through (f) above, however, must still timely file a proof of claim for any other claim that does fall within the exclusions provided by (a) through (f). As set forth in subsection (e) above, creditors need not file a proof of claim with respect to any amounts paid by the Debtor.

6.      Each proof of claim filed must (a) be denominated in lawful currency of the United States as of the Petition Date, (b) conform substantially with Official Form 410, and (c) attach copies of any writings upon which the claim is based.

7.     Any holder of a claim against the Debtor who is required, but fails, to file a proof of such claim in accordance with this Order on or before the General Bar Date or, if applicable, Governmental Bar Date shall be forever barred, estopped, and enjoined from asserting such claim against the Debtor (or filing a proof of claim with respect thereto), and the Debtor and their property shall be forever discharged from any and all indebtedness or liability with respect to such claim, and such holder shall not be permitted to vote to accept or reject any chapter 11 plan or participate in any distribution in the Debtor's chapter 11 case on account of such claim or to receive further notices regarding such claim.

8.     This Notice is being sent to many persons and entities that have had some relationship with or have done business with the Debtor but may not have an unpaid claim against the Debtor.  The fact that you have received this notice does not mean that you have a claim or that the Debtor or the court believe that you have a claim.

Date:  October___, 2024                    **KURTZMAN | STEADY, LLC**


                                       By:/s/ Jeffrey Kurtzman
                                            Jeffrey Kurtzman, Esquire
                                            555 City Avenue, Suite 480
                                            Bala Cynwyd, PA 19004
                                            Telephone:  (215) 883-1600
                                            Email:  kurtzman@kurtzmansteady.com

                                       Attorneys for Debtor and Debtor-in-Possession